**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Entecco Filter Technology, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **81-4207838** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**200 Kapp Street**
**Winston-Salem, NC 27105**
Number, Street, City, State & ZIP Code

**Forsyth**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **https://www.entecco.com/en/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Entecco Filter Technology, Inc.**                                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **8220**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

| Debtor | **Entecco Filter Technology, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?*** 

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Entecco Filter Technology, Inc.** | Case number (*if known*) | |
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 18, 2024**
              MM / DD / YYYY

X _____          **James David Edgerton**
Signature of authorized representative of debtor          Printed name

Title    **President and Chief Executive Officer**

**18. Signature of attorney**

X _____          Date    **September 18, 2024**
Signature of attorney for debtor                      MM / DD / YYYY

**James C. Lanik 30454**
Printed name

**Waldrep Wall Babcock & Bailey PLLC**
Firm name

**370 Knollwood Street**
**Suite 600**
**Winston Salem, NC 27103-1864**
Number, Street, City, State & ZIP Code

Contact phone    **336-722-6300**        Email address    **notice@waldrepwall.com**

**30454 NC**
Bar number and State

## CONSENT RESOLUTION OF THE BOARD OF DIRECTORS AUTHORIZING COMMENCEMENT OF PROCEEDINGS UNDER CHAPTER 11 FOR ENTECCO FILTER TECHNOLOGY, INC.

WHEREAS, Michael Auer and James David Edgerton are the sole directors of Entecco Filter Technology Inc. (the "Company"), and

WHEREAS, all the directors met and determined, in the exercise of their business judgment, that the financial condition of the Company necessitates the reorganization of the Company under the protections afforded by Chapter 11 of the United States Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED that the Company is authorized to file a Chapter 11 petition and to otherwise proceed under Chapter 11 of the United States Bankruptcy Code, and

BE IT FURTHER RESOLVED that James David Edgerton, as President and Chief Executive Officer of the Company, is authorized to execute on behalf of the Company the petition, schedules, statement of financial affairs, monthly and quarterly reports, and any other documents required for the Chapter 11 filing, and

BE IT FURTHER RESOLVED that the Company shall employ Waldrep Wall Babcock & Bailey PLLC as its bankruptcy counsel to assist the Company in filing the Chapter 11 case and in all proceedings thereunder, and

BE IT FURTHER RESOLVED that the President and Chief Executive Officer is authorized to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

This the 21 day of August, 2024.

_____
Michael Auer

_____
James David Edgerton

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Entecco Filter Technology, Inc.**                       Case No. _____

                                            Debtor(s)         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Enteccogroup GmbH & Co. KG**<br>**Europastrabe 2/1**<br>**77933 Lahr/Schwarzwald**<br>**Germany** | | **80%** | **Stock** |
| **Enteccogroup GmbH & Co. KG**<br>**Europastrabe 2/1**<br>**77933 Lahr/Schwarzwald**<br>**Germany** | | | |
| **James David Edgerton**<br>**592 Hiltons Landing Drive**<br>**Greensboro, NC 27455-8421** | | **20%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 19, 2024**                   Signature   _____

                                                        **James David Edgerton**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Entecco Filter Technology, Inc.**

Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Entecco Filter Technology, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Enteccogroup GmbH & Co. KG**
**Europastrabe 2/1**
**77933 Lahr/Schwarzwald**
**Germany**

☐ None [*Check if applicable*]

**September 18, 2024**

Date

James C. Lanik 30454

Signature of Attorney or Litigant
Counsel for   **Entecco Filter Technology, Inc.**
**Waldrep Wall Babcock & Bailey PLLC**
**370 Knollwood Street**
**Suite 600**
**Winston Salem, NC 27103-1864**
**336-722-6300 Fax:336-722-1993**
**notice@waldrepwall.com**

Fill in this information to identify the case:

Debtor name   **Entecco Filter Technology, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 1̶0̶, 2024**
                     19                                      X _____
                                                                    Signature of individual signing on behalf of debtor

                                                                    **James David Edgerton**
                                                                    Printed name

                                                                    **President and Chief Executive Officer**
                                                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Entecco Filter Technology, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **5 Star Engineering and Maintenance 2151 Willowcreek Road Portage, IN 46368** | | **Goods or services provided** | **Disputed** | | | $192,621.04 |
| **Airpro Fan & Blower Company PO BOX 543 Rhinelander, WI 54501** | | **Goods provided** | **Disputed** | | | $480,811.00 |
| **Beltline Electric Co., LLC P.O. Box 546 Paducah, KY 42002-0180** | | **Goods provided** | **Disputed** | | | $259,619.35 |
| **BeSpokeLogistics Privada San Rafael No. 7 Parque Mall Industrial, C.P. B8756 Raynosa, Tampa** | | **Goods or services provided** | **Disputed** | | | $214,100.84 |
| **BXPO Logistics S.A. DE C.V. Pedro Hugo González No. 910, Col. Reynosa, Tamaulipas 88630 Mexico** | | **Goods or services provided** | **Disputed** | | | $225,040.84 |
| **Chase Cardmember Services P.O. Box 15548 Wilmington, DE 19886** | | **Credit card purchases** | **Disputed** | | | $200,000.00 |

Debtor  **Entecco Filter Technology, Inc.**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Control Specialists, Inc. 2021 W. Lloyd Expressway P.O. Box 6770 Evansville, IN 47719-0770 | | Services provided | Disputed | | | $181,592.04 |
| Insertec Lic. Arturo B. de La Garza 111 Burócratas del Estado Monterrey, N.L. 64380   Mexico | | Goods or services provided | Disputed | | | $189,936.02 |
| LHS Clear Air Systems GMBH Horbach43 4673 Gaspoltshofen Austria | | Goods or services provided | Disputed | | | $451,666.43 |
| MacAllister Machinery Co., Inc. 6300 Southeastern Ave Indianapolis, IN 46203 | | Goods provided | Disputed | | | $116,010.15 |
| Mons Multifidus d.o.o. Otto-Hahn-Str. 28-30 D-85521 Riemerling, Gde. Hohenbrunn Germany | | Goods or services provided | Disputed | | | $130,467.77 |
| National Construction Workforce 2500 E. 46th Street Indianapolis, IN 46205 | | Goods or services provided | Disputed | | | $1,290,227.24 |
| Nitro Cutting 1831 Auction Rd Suite B Manheim, PA 17545 | | Services provided | Disputed | | | $165,322.85 |
| North American Construction Services Ltd 4466 Pinson Valley Parkway Birmingham, AL 35215 | | Services provided | Disputed | | | $498,505.39 |
| P&S Electric BV 502, LLC 4909 Fiske Cir Orlando, FL 32826 | | Services provided | Disputed | | | $594,644.51 |

Debtor  **Entecco Filter Technology, Inc.**                                      Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PNC Bank, N.A.**<br>**P.O. Box 1030**<br>**Oshtemo, MI 49009** | | **Loan** | **Disputed** | | | **$125,000.00** |
| **Ramboll Americas**<br>**Integrated Solutions**<br>**333 West**<br>**Washington Street**<br>**Syracuse, NY 13202** | | **Services provided** | **Disputed** | | | **$632,758.63** |
| **Sunbelt Rentals, Inc.**<br>**8530 Norcross Road**<br>**Greensboro, NC**<br>**27235** | | **Services provided** | **Disputed** | | | **$226,701.70** |
| **Technische Textilien**<br>**Lörrach GmbH &**<br>**Co.**<br>**Teichstr. 56**<br>**Lörrach, 79539**<br>**Germany** | | **Goods or services provided** | **Disputed** | | | **$128,950.09** |
| **Trailers by SW, LLC**<br>**300 Howard Road**<br>**Waxahachie, TX**<br>**75165** | | **Goods or services provided** | **Disputed** | | | **$126,425.62** |

Official form 204                        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                        page 3

200 Kapp Street, LLC
592 Hiltons Landing Drive
Greensboro, NC 27455-8421


5 Star Engineering and Maintenance
2151 Willowcreek Road
Portage, IN 46368


A. J. Manion, Attorney
Manion Stigger, LLP
20 N.W. First Street
Suite 200
Evansville, IN 47708


A.Y. Mac Donalds Phase 2
4800 Chavenelle Road
Dubuque, IA 52002


A.Y. MacDonalds Phase 1
4800 Chavenelle Road
Dubuque, IA 52002


A.Y. MacDonalds Phase 3
4800 Chavenelle Road
Dubuque, IA 52002


AB Mechanical
272 Robinson Lane
Wappingers Falls, NY 12590


ACC
7485 Trade Street
Suite AA
San Diego, CA 92121


ACS Valves
611 Argyle St. N.
Caledonia, Ontario N3W 1M1


Advantek Machinery, LLC
10350 Dawn Meadows CV
Atoka, TN 38004

Advantek Machinery, LLC
9653 Collierville Arlington Road
Arlington, TN 38002


AIRGAS USA LLC (S251)
2704 Uwharrie Rd
High Point, NC 27263


Airpro Fan & Blower Company
PO BOX 543
Rhinelander, WI 54501


AlarmQuest, LLC.
319 N. Spring Street
Winston Salem, NC 27101


Alro Steel
7966 National Service Road
Greensboro, NC 27409


Altra Industrial Motion Corp dba
701 Carrier Dr.
Charlotte, NC 28216


American Zurich Insurance Company
1299 Zurich Way ZAIC
Schaumburg, IL 60196


Ancaster Conveying
Caledonia, ON N3W 1M1


Anderson Negele dba Venture Measurements
150 Venture Blvd
Spartanburg, SC 29306


AT&T
PO Box 6463
Carol Stream, IL 60197-6463


Atlantic Lift Systems
3501 Progress Rd
Norfolk, VA 23502

Auburn FilterSense
800 Cummings Center, 355W
Beverly, MA 01915


Audubon Metals
Audubon Engineering Company
4600 J. Barry Court
Suite 100
Canonsburg, PA 15317


B & B Machinery, Co Inc
821 Windsor Ave Unit D
Elkhart, IN 46514


B&B - Apex Doors


B&H Heating & Air Conditioning
2011 Bethel Drive
High Point, NC 27260


B3 Electric, LLC
410 Sportsman Club Rd
Russellville, KY 42276


Babcock & Wilcox
1200E. Market Street
Suite 650
Akron, OH 44305


Barnhart Crane
1120 Ewing Road
Owensboro, KY 42301


Basic Machinery Company, Inc.
1220 Harold Andrews Road
Siler City, NC 27344


BBI International
308 2nd Ave, North
Suite 304
Grand Forks, ND 58203-1536

Beltline Electric Co., LLC
P.O. Box 546
Paducah, KY 42002-0180


BeSpokeLogistics
Privada San Rafael No. 7 Parque Mall
Industrial, C.P. B8756 Raynosa, Tampa


Bibey Machine & Fabricating Co.
642 S Spring Street
Greensboro, NC 27406


Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, IL 60188


Biesse America Inc.
4110 Meadow Oak Dr.
Charlotte, NC 28208


Bill Jasper, Attorney
Alexander, Miller & Associates, LLC
16365 Park Ten Place
Suite 337
Houston, TX 77084


Bluetech Services, Inc
14 Glover Ave
Yonkers, NY 10704


Bolt Express
P.O. Box 759
Toledo, OH 43697-0759


Boss Products Inc.
6729 Guada Coma Drive
Schertz, TX 78154


Bostwick-Braun
7349 Crossleigh Court
Toledo, OH 43617


Bowman Building Solutions, LLC
2957 Bridge Point Dr.
Sophia, NC 27350

Brian J. Ferber, Attorney
5611 Fallbrook Ave.
Woodland Hills, CA 91367


BWF America, Inc.
1800 Worldwide Blvd.
Hebron, KY 41048


BXPO Logistics S.A. DE C.V.
Pedro Hugo González No. 910, Col.
Reynosa, Tamaulipas 88630
Mexico


C & C Facility Services
143 N. Main St Suite 5
Kernersville, NC 27284


Caleffi
3883 W. Milwaukee Road
Milwaukee, WI 53208


Carlyle Search Group LLC
888 Prospect Street
Suite 200
La Jolla, CA 92037


Carol Ann Gula, Agent
Michigan Construction Protection Agency
P.O. Box 1037
Royal Oak, MI 48068


Castlen Steel
4701 Hwy 2830
Owensboro, KY 42303


Caterpillar Financial Commercial Account
2120 West End Avenue
Nashville, TN 37203-3852


Charis Enterprises
410 W English Road
Suite B317
High Point, NC 27262

Chase Cardmember Services
P.O. Box 15548
Wilmington, DE 19886

Chevrier Instruments
4850, bd Gouin Est
Montréal-Nord, QC H1G 1A2

ChrisNik
7461 A. Cincinnati-Brooksville Road
Okeana, OH 45053

Christopher George Lewis
4545 Saddlewood Club Drive
High Point, NC 27265

Christopher James Parnell
201 Brushy Creek Road
Winston Salem, NC 27107

CIE Wire & Cable, Inc.
PO Box 612
Saginaw, AL 35137-0612

Cincinnati Fan
P.O. Box 631717
Cincinnati, OH 45263-1717

Cincinnati Fan & Ventilator Co., Inc.
Todd Air Solutions
7697 Snider Rd
Mason, OH 45040

City Electric Supply Co.
1250 N. Revolution Mill Drive
Suite 168
Greensboro, NC 27405

City of Winston Salem
P.O. Box 580055
Charlotte, NC 28258-0055

Ciuffo Cabinetry
1000 Sylvan Avenue
Bayport, NY 11705

Ciuffo Warranty
1000 Sylvan Avenue
Bayport, NY 11705


Clayton Electric Motor Repair
1407 N. Hwy 87
Elon, NC 27244


Closets By Design - Charlotte
1108 Continental Boulevard
Charlotte, NC 28273


CoAdvantage
301 S. McDowell Street
Suite 400
Charlotte, NC 28204


Coffey Machinery, LLC
5 Shuler St
Amsterdam, NY 12010


Commonwealth
1372 State Road 1957
P.O. Box 480
Lewisport, KY 42351


Connelly Crane Rental Corp.
12635 Marion
Redford, MI 48239


ConsolidatedElectrical Distributors, Inc
7910 Industrial Village Rd
Greensboro, NC 27409


Control Specialists, Inc.
2021 W. Lloyd Expressway
P.O. Box 6770
Evansville, IN 47719-0770


Cosco Fire Protection, Inc.
7455 Longard Rd.
Livermore, CA 94551

Craig T. Almond, Attorney
Carruthers & Roth, P.A.
P.O. Box 540
Greensboro, NC 27402


Creative Transportation Services, Inc.
21001 San Ramon Valley BlvdA4 #313
San Ramon, CA 94583


Curtis Lee Crissman
712 Scaup Drive
Greensboro, NC 27455-8394


CYMA Construcciones (Civil Y Mecanica Ap
Lerdo De Tejada No. 541, El Lechugal
Santa Catarina, NL 66376
Mexico


David Chambers
21 Bae Mar Place
Wheeling, WV 26003


David Durnwald
237 Aralia Ln.
Jacksonville, FL 32216


dB Noise Reduction Inc.
23-260 Holiday Inn Drive
Cambridge, Ontario, N3C 4E8


Dependable Dock & Door Service
135 Salem Creek Drive
Winston Salem, NC 27103


DF Supply, Inc.
8500 Hadden Road
Twinsburg, OH 44087


DigiKey
701 Brooks Ave. Sount
Thief River Falls, MN 56701-0677


Dinsmore and Shohl LLP
P.O. Box 639038
Cincinnati, OH 45263-9038

Dollar Sheet Metal
232 Adam Brown Road
Pearcy, AR 71964


Dometrics, Inc
89 Clyde Downs Road
Franklin, NC 28734


Don A. Leviton, Attorney
The Leviton Law Firm, Ltd.
One Pierce Place
Suite 725W
Itasca, IL 60143


DS Brown Machinery
3240 Back Mountain Rd
Winchester, VA 22602


DUCT Incorporated
9467 N. NC Highway 150
Clemmons, NC 27012


Duke Energy Payment Processing
PO Box 1094
Charlotte, NC 28201-1094


Duraflex Doors
899 Venture Boulevard
Wooster, OH 44691


Edward B Mueller
101 E. Benson Street
Cincinnati, OH 45215


Electric Supply & Equipment Co.
1812 E. Wendover Ave
Greensboro, NC 27405


Elektror Airsystems Sp. z o.o.
ul. Lesna 38
41-506 Chorzów
Poland

Elkhart Steel
3604 Henke Street
Elkhart, IN 46514


Ellwood
7158 Hubbard Masury Road
Hubbard, OH 44425


Eltherm
1155 Appleby Line, Unit E7
Burlington, L7L 5H9
ON


EMS Log GmbH
Konsul-Smidt-Str. 8d
Bremen/Germany
Germany


ENGINEERED SYSTEMS, INC.
303 Interstate Dr.
Archdale, NC 27263


ENTECCO - Mexico
Juan Adlama 96
Rincon de la Hussteca
Santa Catarina, Nuevo Leon 66365


Enteccogroup
ENTECCOgroup gmbh & Co.
KG Europastrabe 2/1 77933
Lahr / Schwarzwald , Germany


Enterprise Rent-a-Car
PO Box 801988
Kansas City, MO 64180-1789


Equipment Depot
922 East Division Street
Evansville, IN 47711


Eric M. Gernant, Attorney
Ramboll, Americas
333 West Washington Street
Syracuse, NY 13202

Erick Ramon Rosales
605 Hunters Run Street
Mebane, NC 27302


Erik Bush
Juan Adlama 96
Rincon de la Huasteca
Santa Catarina, Nuevo Leon 66365


Fastenal
1627 Sweaney St
Owensboro, KY 42303


Filter Equipment
15812 Saddlebag Lake Rd
Decatur, MI 49045


Flamex Inc
4365 Federal Drive
Greensboro, NC 27410


Fleetwood Homes Nampa
2611 E. Comstock Avenue
Nampa, ID 83687


Fleetwood Homes Rocky Mount
740 State Street
Rocky Mount, VA 24151


Flextech Industries LTD
948 East Nusbaum Place
Clinton, MO 64735


Fortress Doors
305 Bucknell Ct.
Atlanta, GA 30336


Fracht FWO Inc (Atl)
16701 Greenspoint Park Dr
Suite 300
Houston, TX 77060


Franklin Metals
609 Tupper Lake Street
Lake Odessa, MI 48849

Franklin Products, Inc.
150 Hollar Street
Haw River, NC 27258


FreightPros, LLC
2535 Brockton Drive
Suite 500
Austin, TX 78758


Fuller Welding and Fabricators
980 Salisbury Road
Mocksville, NC 27028


G&W Equipment, Inc
2424 Crabtree Blvd
Raleigh, NC 27604


GAMMAX, S.A. DE C.V.
Calle Nueva York, 4054, Industrial Abrah
Monterrey, Nuevo Leon 64310
Mexico


GARANT Filter Private Limited
No. 252, Bommasandra Jigani Link Road
Jigani Industrial area, Bangalore 560105
India


Garant-Filter GmbH
Europastrabe 2/1 D-77933
Lahr / Schwarzwald
Germany


Geldards LLP
4 Capital Quarter
Tyndall Street
Cardiff, CF10 4BZ


Gerald H. Groon, Jr., Attorney
Smith Debnam
4601 Six Forks Road, Suite 400
Raleigh, NC 27609


Gil Sanchez, Attorney
Black Rock Trial Lawyers
201 S. Westland Ave.
Tampa, FL 33606

Global Automation Technology
3325 North Service Road, Unit 107
Burlington, ON L7N 3G2
Canada


Global Solutions
108 Cypress Court
Downingtown, PA 19335


GNA Alutech Inc.
9495 Transcanadienne
Saint-Laurent, Quebec
Canada H4S 1V3


GNA/ Commonwealth
9495 Transcanadienne
Saint-Laurent, Quebec
Canada H4S 1V3


GNA/Service Center Metals
9495 Transcanadienne
Saint-Laurent, Quebec
Canada H4S 1V3


Graybrooke
PO BOX 1018
Lewisville, NC 27023


Gribbins Insulation & Scaffolding
1400 East Columbia Street
Evansville, IN 47711


H & H Sheet Metal Fabricators, Inc.
355 Peyton St
Russellville, KY 42276


H.A. King
3210 Clairmont Court
Fort Wayne, IN 46808


Hallwood Enterprises, Inc
PO Box 381
Smithfield, VA 23431

Harrison M. Gates, Attorney
Morningstar Law Group
707 West Main Street
Durham, NC 27701


Hartman & Hartman, Inc.
67 Seal Road
Eighty Four, PA 15330


Hartmann & Köpfer GdbR
Offenburger Str. 81
79108
Freiburg


HDI Global Insurance Company
HDI Global SE
HDI-Platz 1/30659 Hannover
Germany


Henry W. Sappenfield, Attorney
Kennon Craver, PLLC
4011 University Drive, Suite 300
Durham, NC 27707


Hi-Tech Fasteners
4940 Winchester Boulevard
Frederick, MD 21703-7400


Hoist & Crane Group, Inc
4920 Jefferson Hwy
Jefferson, LA 70121-3126


Honald Crane Service, LLC
P.O. Box 454
The Dalles, OR 97058


Hutchison (Advantek Machinery, LLC?)
104 W. 13th Street
Russellville, AR 72801


HVH Industrial Solutions
200 Charles St
Garfield, NJ 07026

Hydro Extrusion USA, LLC
6250 N River Rd
Suite 5000
Rosemont, IL 60018-4214


Hydro OR
P.O. Box 523
Hazleton, PA 18201-0523


ifm efector, Inc.
1100 Atwater Drive
`Malvern, PA 19355


Imaginit Technologies - A Rand Company
28127 Network Place
Chicago, IL 60673-1281


Industresorce
7380 Spout Springs Road
#210-228
Flowery Branch, GA 30542


Industrial Air Technology Corp.
P.O. Box 2317
Gaylord, MI 49734


Industrial Air, Inc.
428 Edwardia Drive
Greensboro, NC 27409


Industrial Control Panels INC
152-A Kapp Street
Winston Salem, NC 27105


Industrial Solutions, LLC
504 Copper View St
Henderson, NV 89052


Indventech
250 Mill St.
Suite 8V
Taylors, SC 29687

Insertec
Lic. Arturo B. de La Garza 111
Burócratas del Estado
Monterrey, N.L. 64380   Mexico


Integrated Technologies, Inc.
PO Box 5164
High Point, NC 27262


Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101


James David Edgerton
592 Hiltons Landing Drive
Greensboro, NC 27455


James Norris
Caine & Weiner
5805 Sepulveda Blvd. 4th Floor
Sherman Oaks, CA 91411


James S. Ruane, Jr., Attorney
Merritt, Webb, Wilson & Caruso, PLLC
P.O. Box 2247
Durham, NC 27702


Jeff Bostrom
201 West 3rd Street
Hardinsburg, KY 40143


Jeffrey C. Grady, Attorney
J. Grady Law PLLC
2300 East 7th Street, Suite 100
Charlotte, NC 28204


Jemison Metals
188 Enterprise Drive
Madison Heights, VA 24572


Jennifer L. Benjamin, Attorney
Fives Inc.
23400 Halsted Road
Farmington, MI 48335

Jennifer Lemons
4623 Fairway Run Drive
Pfafftown, NC 27040


Jeremy Ray Butler
214 Grand Street
High Point, NC 27260


Jimmy's Plumbing & Repair Inc
PO BOX 14335
Archdale, NC 27263


JW Alum
435 Old Mount Holly Road
Goose Creek, SC 29445


Kaiser
4000 West State Route 66
Newburgh, IN 47630


Kasten Insulation Services, Inc.
8065 Coxs Dr.
Portage, MI 49002


KB Duct
8735 W. Market St
Greensboro, NC 27409


KCA Recruiting
204 Castleton Place
Jamestown, NC 27282


Keefer Company, LLC
1133 Bert Winston Rd
Youngsville, NC 27596


Kenco Electric Inc.
3690 N. Patterson Ave.
Winston Salem, NC 27106


Kendall Electric
725 Verdant St.
Elkhart, IN 46516

Kennedy Office
PO Box 40847
Raleigh, NC 27629

Kiara Meshack
150 Asbill Avenue
High Point, NC 27265-1907

King Bag & Manufacturing CO.
1500 Spring Lawn Ave.
Cincinnati, OH 45223

Kodiak Group
5799 M72 West
PO Box 483
Grayling, MI 49738

Komag, D.O.O.
Spodnji Plavz 14c
4270 Jesenice
Slovenia

KOORSEN FIRE & SECURITY
698 Myatt Dr
Madison, TN 37115

Lakeshore Recycling Systems, LLC
5500 Pearl St.
Suite 100
Des Plaines, IL 60018-5303

Lamprecht Transport AG
Peter Merian-Strasse 48
CH-4002 BASEL Postfach
Switzerland

Landstar Ranger, Inc.
13410 Sutton Part Drive South
Jacksonville, FL 32224

Langford de Kock LLP
121 West Trade Street
Suite 2900
Charlotte, NC 28202

LaPine Metal Products, Inc.
5232 AZO Court
Kalamazoo, MI 49048


Larry Kendrick
312 Tanbark Ln
Kernersville, NC 27284


Lars Koller
1702 Ambleside Ct
Greensboro, NC 27407-5813


Leonardo Sanchez Espinoza
563 Buchanan Ct
Winston Salem, NC 27127-3894


LHH
4100 Mendenhall Oaks Parkway
Suite 150
High Point, NC 27265


LHH Recruitment Solutions
4100 Mendenhall Oaks Parkway
#150
High Point, NC 27265


LHS Clear Air Systems GMBH
Horbach43 4673
Gaspoltshofen
Austria


Light Metal Age
170 S. Spruce Ave.
Suite 120
South San Francisco, CA 94080


Limz Machinery
701 Greenwood Ave.
Brooklyn, NY 11218


Lockton Companies for CoAdvantage
444 West 47th Street #900
Kansas City, MO 64112

Lori Roberts
1520 Payne Road
Lexington, NC 27295


Lyndon Homes
RT Machine
201 Boak Ave
Hughesville, PA 17737


MacAllister Machinery Co., Inc.
6300 Southeastern Ave
Indianapolis, IN 46203


MacDonald Owen
P.O. Box 459
11424 Route 36
Brookville, PA 15825


Magnum Systems Inc.
2205 Jothi Avenue
Parsons, KS 67357


Mark E. Mercer, Attorney
Shumaker
1000 Jackson Street
Toledo, OH 43604


Martin Sprocket & Gear Inc.
3376 Delps Road
Danielsville, PA 18038


Marty G. Jacobs, Attorney
Law Offices of Marty G. Jacobs, PSC
1110 Frederica Street
Owensboro, KY 42301


Matalco KY
850 Intermodal Dr
Brampton, ON L6T OB5


Matalco Phase 2
850 Intermodal Drive
Brampton, ON L6T OB5

Matthew Davidson
109 Georgia Ct
Mocksville, NC 27028-5196


Maze Machinery LLC
1700 Andrew Court
Denton, TX 76210


MBS Fabricating
174 Crawford Rd
Statesville, NC 28625


McGriff Insurance Services
P. O. Box 890635
Charlotte, NC 28289-0635


Mckinstry
16790 NE Mason St
Suite 200
Portland, OR 97230


McMaster-Carr
1901 Riverside Pkwy
Douglasville, GA 30135


McNaughton McKay Electric
1357 E. Lincoln Ave
Madison Heights, MI 48071


Mecinsa Solutions S.A. DE C.V.
Antiguo Camino Santo Domingo
Col. Santa Maria 107-A,
San Nicolas de los Garza, Nuevo Leon 664


Melissa Rae McCullough
4704 Pauline Court
Summerfield, NC 27358


Metallics, Inc
W7274 County Rd Z
Onalaska, WI 54650

Michael J. Ernst, Attorney
Stokes Carmichael Ernst
1000 Parkwood Cir SE
Suite 300
Atlanta, GA 30339


Micronics Engineered Filtration Group, I
1201 Riverfront Pkwy
 Suite A
Chattanooga, TN 37402


Mid-South Engineering Co. of NC
1658 Malvern Avenue
Hot Springs National Park, AR 71901-7951


Midsouth Rentals, LLC
2306 Wind Haven Dr
Owensboro, KY 42303


Midwest  Machinery
3408 Busch Drive
Suite F
Grandville, MI 49468


Mitchell Industries
PO BOX 97
Union Grove, NC 28689


Mobile Facility Engineering, Inc.
306 W. State Street
Cassopolis, MI 49031-9339


Mobile Mini-Willscot
2710 Miller Lane
Louisville, KY 40216


Mons Multifidus d.o.o.
Otto-Hahn-Str. 28-30
D-85521 Riemerling, Gde. Hohenbrunn
Germany


Motion Industries, Inc.
1249 Shields Road
Kernersville, NC 27284

MSC Industrial Supply Co
75 Maxess Road
Melville, NY 11747


Mustang Premium Logistics
PO Box 152407
Cape Coral, FL 33915-2407


National Construction Workforce
2500 E. 46th Street
Indianapolis, IN 46205


NC Propane Exchange
120 Sunrise Center Dr.
Thomasville, NC 27360


Nemak, Monterrey, MX
Libramiento Arco Vial km 3.8
Garcia Nuevo Leon, Mexico 66000


NESTRO
Paulus Nettelnstroh Platz 07619
Schkolen
Germany


New York Blower Company c/o Whitlock Ind
7660 S. Quincy St.
Willowbrook, IL 60527-5627


Nick Cirignano
Ziemer Stayman Weitzel & Shoulders LLP
20 NW First Street
Ninth Floor
Evansville, IN 47706


Nikkei
6875 South Inwood Drive
Columbus, IN 47201


Nikkei ($15,688.71 order cancelled 2024-
6875 South Inwood Drive
Columbus, IN 47201-1000

Nitro Cutting
1831 Auction Rd
Suite B
Manheim, PA 17545


Nolan Transportation Group, LLC
400 Northridge Rd
Suite 1000
Atlanta, GA 30350


Norres - North America
2520 Foundation Drive
South Bend, IN 46628


North American Construction Services Ltd
4466 Pinson Valley Parkway
Birmingham, AL 35215


Northern Electric Co, Inc.
116 North Hill Street
South Bend, IN 46617


Northwest Building Supply
5535 NW 5th Street
Oklahoma City, OK 73127


O'Neal Steel LLC
301 Standard Dr
Greensboro, NC 27409


Omega Engineering, Inc
800 Connecticut Ave.
Suite 5N01
Norwalk, CT 06854


On Time Fab, Inc.
3021 Medley Rd
Owensboro, KY 42301


Ontario Mechanical LLC
PO Box 134
Ontario, OH 44862

Orchard Electric Inc
4820 W. 129th St
Alsip, IL 60803


P&M Home Soutions
188 Pattys Chapel Road
Fletcher, NC 28732


P&S Electric BV 502, LLC
4909 Fiske Cir
Orlando, FL 32826


Peerless Electrical Contracting
8130 Chapel Road
Niles, MI 49120


Perdue / Adams Brothers
501 Barnes Road
Chesapeak, VA 23224


Piedmont Automation
154 Kapp Street
Winston Salem, NC 27105


Piedmont Electric Repair Company
208 Lindsay St
PO Box 2318
High Point, NC 29261-0230


Pittsburgh Tank Corporation
1500 Industrial Drive
Monongahela, PA 15063


PNC Bank, N.A.
P.O. Box 1030
Oshtemo, MI 49009


Powerline Machinery LLC
PO Box 340366
18228 CLEAR LAKE DR
Lutz, FL 33548


Premier Supply
PO Box 6345
High Point, NC 27260

PrimeChoice Packaging
1701 Alum Ct NE
Conover, NC 28613-3000


Print Professionals, Inc.
1013 W. Fairfield Road
High Point, NC 27263


Priority1 Inc
PO Box 398
North Little Rock, AR 72115


Process Solutions Inc.
1698 S. Hwy 16
Stanley, NC 28164


Quality Air Management
11312 US 15-501 North
Suite 107-182
Chapel Hill, NC 27517


Quarles & Brady
300 N LaSalle Street
Suite 4000
Chicago, IL 60564-3406


Rachael Jimenez, Account Manager
DeHaan & Bach
25 Whitney Drive
Suite 106
Milford, OH 45150


Rambol/Hydro Cassopolis, MI
333 W. Washington Street
P.O. Box 4873
Syracuse, NY 13221


Ramboll Americas Integrated Solutions
333 West Washington Street
Syracuse, NY 13202


Raymond P. Wendolowski, Jr., Attorney
Bernstein-Burkley, P.C.
601 Grant Street
9th Floor
Pittsburgh, PA 15219

Reco GmbH
JUNKERSRING 11
53844 Troisdorf
Germany


Reliable Automatic Sprinkler Co
103 Fairview Park Dr
Elmsford, NY 10523


Republic Services
2875 Lowery St.
Winston Salem, NC 27101


Rio Tinto
400-1190 Avenue des
Montreal, QC H3B OE3


RoadrunnerLTL
40 Gardenville Pkwy
Buffalo, NY 14224


Robert Half International
Bishop Ranch 3
2613 Camino Ramon
San Ramon, CA 94583


Rosario Cabinets
49 Lower East Street
Dedham, MA 02026


Roy C. Sgroi, Attorney
Sgroi Law Firm, PLC
12845 Farmington Rd., Suite 1
Livonia, MI 48150


Rutrough Cabinets
7101 Six Mile Post Road
Rocky Mount, VA 24151


Sarah L. DiFranco
Poyner Spruill
301 S. College Street
Suite 2900
Charlotte, NC 28202

Scarlett - Beacon Hardwoods
4355 Airwest Drive SE
Grand Rapids, MI 49512


Scott Electric
1000 S. Main Street
P.O. Box S
Greensburg, PA 15601


SDB Contracting
50602 Birch Avenue
Scappoose, OR 97056


Service Center Metals
4701 Chudoba Parkway
Prince George, VA 23875


Service Center Metals - Phase II
4701 Chudoba Parkway
Proctorville, NC 28375


Sherwin Williams Co.
521 Mount Hood Street
The Dalles, OR 97058


SIC (Servicios De Inspeccion En La Const
VILLAS DE TURQUIA No 148 COL. VILLAS DE
COL. VILLAS DE ESCOBEDO II
CD. GRAL ESCOBEDO, N.L. 66055 Mexico


Skyline Suncoast
5338 W Crenshaw St.
Tampa, FL 33634


Sloop Fire Extinguisher Sales & Service,
1233 Dorris Ave
High Point, NC 27260


Smith Leonard PLLC
4035 Premier Dr Suite 300
Suite 300
High Point, NC 27265

Southern Heavy Haul Inc.
1015 SANTO TOMAS ST.
Laredo, TX 78045


Southland
112 River Rd.
Boonville, NC 27011


SouthWood Machinery
PO Box 130841
Birmingham, AL 35210


Specialty Distribution Group, Inc. d/b/a
Distribution International
3020 Thurston Ave
Suite A
Greensboro, NC 27406


Spectrum Business Ring Central
1900 Blue Crest Lane
San Antonio, TX 78247


Spectrum Internet
1900 Blue Crest Ln.
San Antonio, TX 78247


Spiroductos La Nogalera
Garbanzo #292 Colonia La Nogalera
Guadajalara, Jalisco C.P. 44470
Mexico


Stamper Sheet Metal, Inc.
357 Bud Kanoy Rd.
Thomasville, NC 27360


Steel Dynamics
8534 Hwy 89
Sinton, TX 78387


Stephanie Grant, Manager, Client Service
Adecco Group
4800 Deerwood Campus Parkway
Building 800
Jacksonville, FL 32246

Steven Hunter
Quarles & Brady LLP
300 N. LaSalle Street
Suite 4000
Chicago, IL 60654-0683

Steven Todd Hensley
515 S Mangum St
Apt. 5133
Durham, NC 27701

Structura
9635 Widmer Road
Lenexa, KS 66215

Sugar Steel Corporation
5401 Highway 41 North
Suite 9400
Evansville, IN 47711

Sunbelt Rentals, Inc.
8530 Norcross Road
Greensboro, NC 27235

Superior Aluminum
14214 Edgerton Road
New Haven, IN 46774

Synoptek, LLC
P.O. Box 737625
Dallas, TX 75373

Technische Textilien Lörrach GmbH & Co.
Teichstr. 56
Lörrach, 79539
Germany

Terri Lynn Roberts
1906 Longmont Dr
Kernersville, NC 27284-7790

Tesla (Engineering)
Model Y Casting - North West Dock # 140
45500 Fremont Boulevard
Fremont, CA 94536

The Aluminum Association
1400 Crystal Drive, Ste 430
Arlington, VA 22202


The Cincinnati Insurance Company
P. O. Box 145620
Cincinnati, OH 45250-5620


The Cincinnati Insurance Company
P.O. Box 145620
Cincinnati, OH 45250-5620


The State Group
3009 McCormick Dr.
Janesville, WI 53546


The State Group Industrial (USA) Limited
13800 N. Hwy 57
Evansville, IN 47725


Todd A. Jones, Attorney
Anderson Jones
421 N. Blount Street
Raleigh, NC 27601


Total Quality Logistics, LLC
P.O. Box 799
Milford, OH 45150


Trailers by SW, LLC
300 Howard Road
Waxahachie, TX 75165


Transportation Insight
310 Main Ave. Way SE
Hickory, NC 28602


Tri-State Supply Co.
100 BUFFALO CENTER LANE
Washington, PA 15301


Trillium Construction Services
P.O. Box 671854
Detroit, MI 48267-1584

Trillium Staffing Solutions
5555 Gull Road
Kalamazoo, MI 49048


TriNet HR III, Inc.
One Park Place
Suite 600
Dublin, CA 94568


Trinity Sheet Metal Inc
PO Box 206
Edwardsburg, MI 49112


Tuggle Duggins P.A.
400 Bellemeade Street Suite 800
Greensboro, NC 27401


ULINE
705 Braselton Industrial Blvd
Braselton, GA 30517


US Duct Inc.
4898 McCracken Road
PO Box 2537
Kernersville, NC 27284


USA Dutch, Inc.
PO Box 1299
778 Woody Drive
Graham, NC 27253


Van Dyk
360 Dr. Martin Luther King Jr. Drive
Norwalk, CT 06854


Vega
3877 Mason Research Pkwy
Lebanon, OH 45036


Verrellen
5297 Prospect Street
High Point, NC 27263

Vesuvius
5510 77 Center Drive
Suite 100
Charlotte, NC 28217


Victor Gilliam
2102 Pleasant Union Rd
Denton, NC 27239


Volt Technologies
525 Vine St
Suite 210
Winston Salem, NC 27101


W&W Crane & Rigging, Inc.
P.O. Box 125
Randleman, NC 27317


W. Ben Atwater, Jr., Attorney
Moody, Williams, Atwater & Lee
122 South Chatham Ave.
P.O. Box 629
Siler City, NC 27344


W. W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045


W.O. Grubb Crane Rental
Greensboro Division
315 S. Swing Rd.
Greensboro, NC 27409


WAM USA
75 Boulderbook Cir
Lawrenceville, GA 30045


Wave Electric LLC
HC 60 Box 79
Mona, UT 84645


Westwood Kitchens
1505 Industrial Park Drive
Neillsville, WI 54456

White-Brook Manufacturing
1 Sylvania Street
Brookville, PA 15825


William Fick
516 Giles Avenue
Blissfield, MI 49228


Williams Scotsman, Inc.
13132 N Woodrush Way
Portland, OR 09703


Wolters Kluwer
P.O. Box 4349
Carol Stream, IL 60197-4349


Wood-LonePine'!lars
275 Hahn Drive
Kalama, WA 98625


Work Wear
2001 W Garfield ST BLDG 156/C-113
Seattle, WA 98119


YER HR Solutions, Inc.
115 Perimeter Center Place
Suite 625
Atlanta, GA 30346-2128


YER USA Inc
115 Perimeter Center Place
Suite 625
Atlanta, GA 30346-2128


Zuther GmbH
An der Bundesstraße 8
Karwitz, 29481
Germany

**United States Bankruptcy Court**
**Middle District of North Carolina**

In re    Entecco Filter Technology, Inc.

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 18, 2024**

**James David Edgerton, President and Chief Executive Officer**
Signer/Title

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Entecco Filter Technology, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Hourly |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   
   **a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

   **b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

   **c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;**

   **d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;**

   **e.  [Other provisions as needed]**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **Entecco Filter Technology, Inc.**                                    Case No. _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 19, 2024**
*Date*

**James C. Lanik 30454**
*Signature of Attorney*
**Waldrep Wall Babcock & Bailey PLLC**
**370 Knollwood Street**
**Suite 600**
**Winston Salem, NC 27103-1864**
**336-722-6300   Fax: 336-722-1993**
**notice@waldrepwall.com**
*Name of law firm*